**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number (if known): _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sam Ash Music Corporation** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-2313915** |
| 4. | **Debtor's address** | **Principal place of business** <br> **278 Duffy Ave.** <br> **Hicksville, NY 11802** <br> Number, Street, City, State & ZIP Code <br><br> **Nassau** <br> County <br><br> **Mailing address, if different from principal place of business** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.samash.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Sam Ash Music Corporation** _____ Case number (*if known*)_____
    Name

| | |
|---|---|
| 7. | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__**4511**__

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. |

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. |

■ No.
☐ Yes.

    District _____  When _____  Case number _____
    District _____  When _____  Case number _____

Debtor **Sam Ash Music Corporation** _____  Case number (*if known*) _____

Name

| | | |
|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. | |

List all cases. If more than 1, attach a separate list

Debtor **See Rider 1**     Relationship **Affiliate**

District **New Jersey**    When **5/08/24**    Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49        ■ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99       ☐ 5001-10,000      ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ■ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **Sam Ash Music Corporation**_____  Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **16.** **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>■ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Sam Ash Music Corporation**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 8, 2024**
MM / DD / YYYY

X **/s/ Jordan Meyers**
Signature of authorized representative of debtor

**Jordan Meyers**
Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Michael D. Sirota**
Signature of attorney for debtor

Date **May 8, 2024**
MM / DD / YYYY

**Michael D. Sirota**
Printed name

**Cole Schotz P.C.**
Firm name

**Court Plaza North
25 Main Street
Hackensack, NJ 07601**
Number, Street, City, State & ZIP Code

Contact phone **201-489-3000**   Email address **msirota@coleschotz.com**

**014321986 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Sam Ash Music Corporation**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 8, 2024**         X **/s/ Jordan Meyers**
                                       Signature of individual signing on behalf of debtor

                                       **Jordan Meyers**
                                       Printed name

                                       **Chief Restructuring Officer**
                                       Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

United States Bankruptcy Court for the:

**District of New Jersey**
(State)

Case No. (*if known*): _____     Chapter __11__

☐ Check if this is an amended filing

# Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of New Jersey for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Sam Ash Music Corporation.

Sam Ash Music Corporation
Sam Ash California Megastores, LLC
Sam Ash CT, LLC
Sam Ash Florida Megastores, LLC
Sam Ash Illinois Megastores, LLC
Sam Ash Megastores, LLC
Sam Ash Music Marketing, LLC
Sam Ash Nevada Megastores, LLC
Sam Ash New Jersey Megastores, LLC
Sam Ash New York Megastores, LLC
Sam Ash Quikship Corp.
Samson Technologies Corp.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| SAM ASH MUSIC CORPORATION, *et al.,* | Case No. 24 – _____ (\_\_\_) |
| Debtors. | Joint Administration Requested |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| David Ash | N/A | 9.04% |
| Richard Ash | N/A | 9.04% |
| Estate of Sam Ash | N/A | 9.04% |
| Estate of Paul Ash | N/A | 27.68% |
| 2012 David Ash Family Trust | N/A | 15.07% |
| 2012 Richard Ash Family Trust | N/A | 15.07% |
| 2012 Sam Ash Family Trust | N/A | 15.07% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SAM ASH MUSIC CORPORATION, *et al.*, | Case No. 24 – _____ (\_\_\_) |
| Debtors. | Joint Administration Requested |

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

**CORPORATE OWNERSHIP STATEMENT**

[*Not Applicable*]

3

| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   SAM ASH MUSIC CORPORATION | |
| United States Bankruptcy Court for the:   District of New Jersey | ☐ Check if this is an amended filing |
| Case Number (If known): | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders  12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | YAMAHA CORPORATION OF AMERICA  P.O. BOX 856250  MINNEAPOLIS, MN  55485-6250 | CONTACT: CRAIG NAKAMOTO  PHONE: 714-522-9011  CNAKAMOTO@YAMAHA.COM | TRADE | | | | $1,892,053.67 |
| 2 | BOSCH SECURITY SYSTEMS INC.  P.O. BOX 7410391  CHICAGO, IL  60674-0391 | CONTACT: KATHERINE LEITON  PHONE: 952-884-4051  FAX: 952-884-0043  KATHERINE.LEITON@BOSCH.COM | TRADE | | | | $946,303.09 |
| 3 | HOSHINO USA, INC.  P.O. BOX 536609  PITTSBURGH, PA  15253-5908 | CONTACT: ISABEL CUERVO  PHONE: 800-669-4226  FAX: 215-245-8583  ICUERVO@HOSHINOUSA.COM | TRADE | | | | $798,980.93 |
| 4 | ROLAND CORP US  P.O. BOX 512959  LOS ANGELES, CA  90051-0959 | CONTACT: JENNIFER PRONOVOST  PHONE: 800-868-3737  FAX: 323-890-3737  JENNIFER.PRONOVOST@ROLAND.COM | TRADE | | | | $774,544.51 |
| 5 | TENLUX GOANG-FANN CO. LTD.  3F, NO. 7, ALLEY 2 LANE 342  FU-DER 1ST RD., HSICHIH  TAIPEI HSIEN  TAIWAN | PHONE: 886-2-2693-1323  FAX: 886-2-2694-8990  SALES@TENLUX.COM.TW | TRADE | | | | $662,027.75 |

Debtor: SAM ASH MUSIC CORPORATION                                        Case Number (if known):

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | ALPHA THETA MUSIC AMERICAS, INC. P.O. BOX 25590 PASADENA, CA 91185-5590 | CONTACT: DENISE TALPAS PHONE: 424-488-6529 DENISE.TALPAS@ALPHATHETA.COM | TRADE | | | | $499,274.64 |
| 7 | FEDERAL EXPRESS P.O. BOX 371461 PITTSBURGH, PA 15250-7461 | CONTACT: JOEL LEVINE PHONE: 800-622-1147 JOEL.LEVINE@FEDEX.COM | TRADE | | | | $497,101.71 |
| 8 | D'ADDARIO CO. P.O. BOX 27910 NEW YORK, NY 10087 | CONTACT: TANYA DELEON PHONE: 631-439-3300 FAX: 631-439-3333 TANYA.DELEON@DADDARIO.COM | TRADE | | | | $457,249.25 |
| 9 | GIBSON BRANDS, INC. P.O. BOX 735648 DALLAS, TX 75373-5648 | CONTACT: AMANDA SHELTON PHONE: 800-444-2766 FAX: 615-884-9432 AMANDA.SHELTON@GIBSON.COM | TRADE | | | | $446,262.71 |
| 10 | HOMNI ENTERPRISES CO., LTD. 3F, NO.162, SEC. 2 ZHONGSHAN N. ROAD ZHONGSHAN DIST. TAIPEI CITY 10452 TAIWAN | PHONE: 886-2-2598-1010 JEFF@HOMNI-ELEC.COM; MAY@HOMNI-ELEC.COM | TRADE | | | | $417,790.37 |
| 11 | SEIKAKU TECHNICAL GROUP LTD. 23 LANE 2, JING WU ROAD TAICHUNG TAIWAN | PHONE: 852-2727-5475 SEKAKU@SEKAKU.COM | TRADE | | | | $394,130.97 |
| 12 | FENDER MUSICAL INSTRUMENTS CORP. P.O. BOX 743545 LOS ANGELES, CA 90074-3545 | CONTACT: JEREMY DEATHERAGE PHONE: 866-605-1299 FAX: 480-596-1385 JDEATHERAGE@FENDER.COM | TRADE | | | | $387,141.26 |
| 13 | HAL LEONARD PUBLISHING CORP. P.O. BOX 127 WINONA, MN 55987-0127 | CONTACT: BRANDON LAURANCE PHONE: 800-524-4425 BLORENZ@HALLEONARD.COM | TRADE | | | | $356,662.74 |
| 14 | WORLDWIDE EXPRESS P.O. BOX 733360 DALLAS, TX 75373 | CONTACT: STEVEN KYRIAKOU PHONE: 866-735-3681 SKYRIAKOU@WWEX.COM | TRADE | | | | $339,819.70 |
| 15 | AVEDIS ZILDJIAN CO. P.O. BOX 845848 BOSTON, MA 02284-5848 | CONTACT: JIM GARDNER PHONE: 800-229-8672 FAX: 781-871-9652 JOHNS@ZILDJIAN.COM | TRADE | | | | $324,088.46 |
| 16 | BPREP 333 W 34TH LLC C/O BROOKFIELD PROPERTY PARTNERS 225 LIBERTY STREET 43RD FLOOR NEW YORK, NY 10281 | BPY.ENQUIRIES@BROOKFIELD.COM | RENT | | | | $306,154.29 |

Debtor: SAM ASH MUSIC CORPORATION                                               Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | DRUM WORKSHOP, INC.<br>3450 LUNAR COURT<br>OXNARD, CA 93030 | CONTACT: AMANDA CHUHALOFF<br>PHONE: 805-485-6999<br>FAX: 805-485-1334<br>AMANDAC@DWDRUMS.COM | TRADE | | | | $305,754.35 |
| 18 | INMUSIC BRANDS, INC.<br>P.O. BOX 414040<br>BOSTON, MA 02241-4040 | CONTACT: BETH MICROULIS<br>PHONE: 401-658-3131<br>FAX: 401-658-3640<br>BMICROULIS@INMUSICBRANDS.COM | TRADE | | | | $295,727.67 |
| 19 | QSC, LLC<br>P.O. BOX 201339<br>DALLAS, TX 75320-1339 | CONTACT: DEBORAH ESCOBAR<br>PHONE: 800-854-4079<br>FAX: 714-668-7564<br>DEBORAH.ESCOBAR@QSC.COM | TRADE | | | | $281,377.16 |
| 20 | PRS GUITARS<br>380 LOG CANOE CIRCLE<br>STEVENSVILLE, MD 21666 | CONTACT: KATHRYN DELEE<br>PHONE: 410-643-9970<br>KDELLE@PRSGUITARS.COM | TRADE | | | | $279,282.68 |
| 21 | SHURE BROS, INC.<br>P.O. BOX 99265<br>CHICAGO, IL 60693 | CONTACT: NANCY DAVIS<br>PHONE: 847-600-2000<br>FAX: 847-600-1212<br>DAVISN@SHURE.COM | TRADE | | | | $242,294.59 |
| 22 | YAMAHA GUITAR GROUP, INC.<br>26580 AGOURA ROAD<br>CALABASAS, CA 91302-1921 | CONTACT: JOE BENTIVEGNA<br>PHONE: 818-575-3600<br>AR@YAMAHAGUITARGROUP.COM | TRADE | | | | $226,154.13 |
| 23 | SLJ REALTY LLC<br>1385 BROADWAY<br>FLOOR 16<br>NEW YORK, NY 10018 | CONTACT: GEORGE ALBERO<br>PHONE: 212-221-4700<br>GEORGE@ICERNYC.COM | RENT | | | | $214,007.98 |
| 24 | GATOR CASES INC.<br>7851 WOODLAND CENTER BLVD.<br>TAMPA, FL 33614 | CONTACT: MIM EDWARDS<br>PHONE: 813-221-4191<br>FAX: 813-221-4181<br>MIMI.EDWARDS@GATORCASES.COM | TRADE | | | | $211,188.21 |
| 25 | GOOGLE<br>P.O. BOX 883654<br>LOS ANGELES, CA 90088-3654 | CONTACT: BRUNO DALENCIO<br>PHONE: 503-755-4744<br>DALENCIO@GOOGLE.COM | TRADE | | | | $207,162.40 |
| 26 | KING OF PRUSSIA CENTER, LLC<br>C/O SOVEREIGN PROPERTY MGMT., LLC<br>102 LARCH CIRCLE, SUITE 3010<br>NEWPORT, DE 19804 | CONTACT: DAN MCBRIDE<br>PHONE: 302-388-9038<br>DMCBRIDE@SOVPROPERTIES.COM | RENT | | | | $206,442.04 |
| 27 | TMP, DIVISION OF JAM IND. USA<br>JAM INDUSTRIES USA LLC<br>P.O. BOX 24499<br>NEW YORK, NY 10087-4499 | CONTACT: DIANA AROUTIUNIAN<br>PHONE: 800-289-8889<br>FAX: 860-828-1353<br>DIANA.AROUTINIAN@JAMINDUSTIRES.COM | TRADE | | | | $204,804.68 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims**    Page 3

Debtor: SAM ASH MUSIC CORPORATION                                                                    Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28  SENNHEISER ELEC CORP.<br>P.O. BOX 416611<br>BOSTON, MA  02241-6611 | CONTACT: JOANN PRIEST<br>PHONE: 860-598-7458<br>FAX: 860-434-1759<br>JOANN.PRIEST@SENNHEISER.COM | TRADE | | | | $204,542.52 |
| 29  KAWAI AMERICA CORP.<br>P.O. BOX 31001-3409<br>PASADENA, CA  91110-3409 | CONTACT: MELISSE BRIDGES<br>PHONE: 800-421-2177<br>FAX: 310-604-6913<br>MBRIDGES@KAWAIUS.COM | TRADE | | | | $203,377.28 |
| 30  LOUD AUDIO, LLC<br>P.O. BOX 207313<br>DALLAS, TX  75320-7313 | CONTACT: JULIE RICHARDSON<br>PHONE: 800-258-6883<br>FAX: 425-485-1152<br>JULIR.RICHARDSON@LOUDAUDIO.COM | TRADE | | | | $199,743.18 |

## SAM ASH MUSIC CORPORATION

### (Chapter 11 Bankruptcy Petition)

---

### WRITTEN CONSENT OF
### THE BOARD OF DIRECTORS

---

The undersigned, being all of the members of the Board of Directors of Sam Ash Music Corporation, a New York corporation (the "Company"), do hereby consent to and adopt the following resolutions:

**WHEREAS**, in light of the Company's current financial condition, the Directors have investigated, discussed and considered options for addressing the Company's financial challenges and, after consultation with the Company's advisors, have concluded that it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Directors, in consultation with their professionals, have determined that it is desirable, fair, reasonable, and in the best interests of the Company to designate Jordan Meyers to serve as an officer of the Company in the position of Chief Restructuring Officer (the "**CRO**"); now therefore be it

**RESOLVED**, that in the judgment of the Directors of the Company, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the Bankruptcy Code; and it is further

**RESOLVED**, that each Member and officer of the Company (including the CRO) is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey, at such time as said officer executing the same shall determine; and it is further

**RESOLVED**, that the law firm of Cole Schotz P.C. is hereby employed as attorneys for the Company in the Chapter 11 case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the financial advisory firm of SierraConstellation Partners LLC is hereby employed as financial advisors for the Company in the Chapter 11 case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the investment banking firm of Capstone Capital Markets, LLC is hereby employed as the investment banker for the Company in the Chapter 11 case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that Jordan Meyers is appointed to the position of Chief Restructuring Officer of the Company, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each Member and officer of the Company (including the CRO) are each hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, liquidators and other professionals, and to take and perform any and all further acts and deeds they deem necessary, proper or desirable in connection with the successful prosecution of the Chapter 11 case; and it is further

**RESOLVED**, that the CRO is hereby delegated the authority otherwise vested in the chief executive officer, chief financial officer, president, and/or any other executive or senior vice president, of the Company, in consultation with the other applicable executive or senior officers, and where appropriate and consistent with the CRO's discharge of its fiduciary duties in consultation with the other applicable executive or senior officers, including the authority to cause the Company to enter into one or more restructuring transactions, including a sale of substantially all assets of the Company's estate, any debtor in possession financing and any plan of reorganization (each a "**Restructuring Transaction**"); and it is

**RESOLVED**, that the CRO, in consultation with the other applicable executive or senior officers, is hereby authorized and empowered, in the name of and on behalf of the Company, to take actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of any agreements, certificates, instruments, receipts, petitions, motions or other papers or documents in furtherance of any Restructuring Transaction to which the Company is or will be a party, including, but not limited to, any management agreement, chapter 11 plan, disclosure statement, asset purchase agreement, and all exhibits and/or ancillary documents related thereto (collectively, the "**Restructuring Documents**"); and it is

**RESOLVED**, that the CRO, in consultation with the other applicable executive or senior officers, is hereby authorized and empowered in the name of, and on behalf of, the Company to take any and all actions to (i) obtain bankruptcy court approval of the Restructuring Documents in connection with any Restructuring Transaction, and (ii) obtain bankruptcy court approval of any Restructuring Transaction; and it is

**RESOLVED**, that each Member and officer of the Company, including the CRO, are each hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, including without limitation, the amendment of any organizational, constitutional or similar documents of subsidiaries of the Company for the preservation of such entities and/or the value of the estate, and to take such action as in the judgment of such officer of the Company (including the CRO) are each shall be or become necessary, proper and desirable to effectuate an orderly liquidation of the Company's assets; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Member or officer of the Company (including the CRO) in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED,** that the filing by the Company of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve the Company; and it is further

**RESOLVED**, that this Written Consent shall serve in lieu of a special meeting of the Directors of the Company and the undersigned hereby waives all requirements as to notice of a meeting; and it is further

**RESOLVED,** that this Written Consent may be executed in any number of counterparts, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

[The remainder of this page is intentionally left blank.]

67587/0001-47620523v1

DocuSign Envelope ID: 17E163D2-5830-49CD-BBB8-4E2404A93ED1

IN WITNESS WHEREOF, the undersigned have executed this Written Consent of the Board of Directors of Sam Ash Music Corporation as of this 7th day of May, 2024.

**BOARD OF DIRECTORS:**

_David C. Ash_
David C. Ash

_Richard Ash_
Richard S. Ash

_Benjamin Ash_
Benjamin L. Ash

67587/0001-47620523v1